UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROBERT W. JOHNSON** | **DOCKET NO. 2:24-cv-1362** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LOUISIANA DEPT CHILDREN & FAMILY SERVICES** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 5], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this matter be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers this 15th day of November 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE